# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

KELVIN J. ROBBINS,           )
                             )
    Plaintiff,               )
                             )
v.                           )    Case No. CV411-190
                             )
BAD BOY ENTERTAINMENT,       )
SEAN DIDDY COMBS,            )
UNIVERSAL MUSIC, &           )
POLYDOR RECORDS,             )
                             )
    Defendants.              )

## REPORT AND RECOMMENDATION

In *Robbins v. The Island Def Jam Music Group*, No. CV411–163, this Court applied *Wilkerson v. Statesboro Police Dep't*, 2009 WL 4609603 at * 2 (S.D. Ga. Dec. 2, 2009) (requiring a litigant to post a $100 frivolity bond before filing suit which she forfeits should her suit be dismissed as frivolous), in recommending that plaintiff Kelvin J. Robbins

> be barred from filing any more lawsuits until he first posts a $100 frivolity bond, from which the Court will subtract $100

for the next frivolous lawsuit that he files. And if that does not work, then stronger remedies may be required. *See Chapman v. Executive Committee of U.S. Dist. Court for N. Dist. of Illinois*, 324 F. App'x 500, 502 (7th Cir.2009) (court executive committee's order directing destruction of any papers submitted either directly or indirectly by or on behalf of vexatious pro se litigant was not an abuse of discretion; order was not an absolute bar since it contained a provision under which the restriction might be lifted, and filing bar was also narrowly tailored to litigant's abuse of the courts).[1] No litigant may clog this Court with repeated, frivolous filings. *Wilkerson*, 2009 WL 4609603 at * 2.

*Id.* at 3-4; *Robbins*, No. CV411-163 at 1-2 (S.D. Ga. Jun. 29, 2011), *adopted*, doc. 7 (S.D. Ga. Aug. 1, 2011). On August 1, 2011, Robbins filed this case, yet he did not precede it with his $100 frivolity bond. Thus the Court **GRANTS** his *in forma pauperis* motion (doc. 2) for jurisdictional purposes only, but his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this  11th  day of August, 2011.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The *Chapman* court distinguished *Miller v. Donald*, 541 F.3d 1091 (11th Cir. 2008), which disapproved of a similar order entered by this Court imposing a permanent bar on an abusive prisoner litigant.

2